Argued May 19, affirmed May 27, petition for
rehearing denied June 23, 1964

## STATE OF OREGON *v.* GRIFFIN
### 392 P. 2d 642

*Benhardt E. Schmidt,* Portland, argued the cause
and filed a brief for appellant.

George Van Hoomissen, District Attorney, and
Charles J. Merten, Deputy District Attorney, Portland,
filed a brief for respondent.

Before McAllister, Chief Justice, and Perry,
Sloan, Goodwin and Denecke, Justices.

PER CURIAM.

The sole issue here is identical to that decided in
*State v. Hoffman,* 236 Or 98, 385 P2d 741 (1963), and
*State v. Ellis,* 238 Or 104, 392 P2d 647.

Affirmed.